THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Charles Ford, Appellant.
 
 
 

Appeal From Georgetown County
 Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2004-UP-561
Submitted November 1, 2004  Filed November 
 5, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia;  
 and  Solicitor  John Gregory Hembree, for Respondent.
 
 
 

PER CURIAM:  Charles Ford pled guilty to possession of crack cocaine, 
 first offense.  He was sentenced to five years in prison, suspended upon the 
 service of 171 days and three years probation.  Ford appeals, arguing his guilty 
 plea did not comply with the mandates set forth in Boykin v. Alabama, 
 395 U.S. 238 (1969).  On appeal, counsel for Ford has filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), asserting that there were 
 no meritorious grounds for appeal and requesting permission to withdraw from 
 further representation.  Ford has not filed a pro se response.  

After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
ANDERSON, STILWELL, and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.